IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

NAGEEB A. ABDELSAYED

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1- NYC Department of Education
2- Irina Cabello, principal, P.S. 97

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
*(check one)*



RECEIVED
APR 13 2016
PRO SE OFFICE

CV 16    1775

AMON, CH.J.
BLOOM, M.J.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          NAGEEB Adel LAwandi ABDELSAYED
Street Address    1565 77th Street, Apt#2R
City and County    BROOKLYN
State and Zip Code    New York 11228
Telephone Number    917-588-2646
E-mail Address    nageeb_abdelsayed@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name          NYC Department of Education
Job or Title    Education Department
(if known)
Street Address    52 Chambers St., Room 320-B4
City and County    New York
State and Zip Code    New York. 10007
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name          Ms. Irina Cabello
Job or Title    Principal of P.S. 97
(if known)
Street Address    1855 Stillwell Ave..
City and County    Brooklyn, NY 11223

2

State and Zip Code    _New York. 11223_

Telephone Number    _718 - 627 - 7550_

E-mail Address    ·    _jcabello @ ps97.org_
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name    _P.S. 97K, The Highlawn School_

Street Address    _1855 Stillwell Ave.,_

City and County    _Brooklyn_

State and Zip Code    _New York, 11223_

Telephone Number    _718 - 627 - 7550_

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that
apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you
must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
§§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.

*(Note:  In order to bring suit in federal district court under the Americans
with Disabilities Act, you must first obtain a Notice of Right to Sue letter
from the Equal Employment Opportunity Commission.)*

3

☑ Other federal law *(specify the federal law)*:

_E P A_

☑ Relevant state law *(specify, if known)*:

_Retaliated against for peers' harassment complaint._

☐ Relevant city or county law *(specify, if known)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*: _I am Forty eight (48) years old._

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

_October 2015 and a year before._

C.    I believe that defendant(s) *(check one)*:

    ☑    is/are still committing these acts against me.

    ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☑    race _Coptic Egyptian_

    ☐    color _____

    ☑    gender/sex _male 48 years-Single_

    ☐    religion _____

    ☐    national origin _Egyptian_

    ☐    age. My year of birth is _1967_. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☑    disability or perceived disability *(specify disability)*

    _Implant and oral surgery 2015_

E.    The facts of my case are as follows. Attach additional pages if needed.

At the time of 2015 year, I was in pain for having an implant and oral surgery. During that period I was a subject of harassment and unfairly treated by Co-workers Female teachers I complaint of peers - harassment in an unofficial complaint to Mrs. Irina Cabello, school principal PS.97 On May 6th 2015. On responding to my complaint, Mrs. Irena Cabello Filed a timing investigation against me. She also threatened to terminate me. I was disciplined and was forced to resign. Nyc department of Education denied my teacher's position Oct 2015.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I just ask for a fair judgement that leads to restore my rights and protects my job records. I ask for a fair judgement to fix all damages that occured to me as a 48 years man. Thanks!

6

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4 - 13 , 20 16

Signature of Plaintiff   Nageeb Abdelsayed

Printed Name of Plaintiff   NAGEEB A. ABDELSAYED

7